IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MAVERICK LEASING, LLC                                                    PLAINTIFF

v.                                   No. 4:23-cv-836-DPM

DORIAN L. WEST                                                           DEFENDANT

### ORDER

Maverick Leasing asks the Court to confirm the arbitrator's 12 February 2024 decision dismissing the proceedings with prejudice. If the parties agreed to judicial confirmation of the award, and the Court has subject matter jurisdiction, the Court "must grant" a motion to confirm an arbitration award absent a statutory basis for vacating or modifying the award. 9 U.S.C. § 9. The parties don't dispute either precondition. *Doc. 21-1 at 7; Doc. 20.*

West argues that because the arbitrator didn't hold a hearing, the Court cannot confirm the dismissal. But West had a full and fair opportunity to participate in the proceedings. He didn't. And the arbitrator noted that fact in her final decision.

The Court therefore lifts the stay and will confirm the dismissal of the arbitration proceedings. Maverick Leasing's motion, *Doc. 21*, is granted. West's motion, *Doc. 23*, is denied as moot. Judgment will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2024