IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MAVERICK LEASING, LLC**                                              **PLAINTIFF**

v.                              No. 4:23-cv-836-DPM

**DORIAN L. WEST**                                                     **DEFENDANT**

## JUDGMENT

The Court confirms the arbitrator's 12 February 2024 decision. The parties are responsible for their own attorney's fees, costs, and expenses.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2024